1  LAW OFFICES OF STEVEN G. POLIN
     Steven G. Polin (DCBN 439234)
2    spolin2@earthlink.net
   3034 Tennyson Street, NW
3  Washington, D.C. 20015
   Tel:  (202) 331-5848
4  Fax: (202) 537-2985

5  BRANCART & BRANCART
     Christopher Brancart (CBN 128475)
6    cbrancart@brancart.com
     Elizabeth Brancart (CBN 122092)
7    ebrancart@brancart.com
   P.O. Box 686
8  Pescadero, CA  94060
   Tel:  (650) 879-0141
9  Fax: (650) 879-1103

10 Attorneys for Plaintiffs
   Newport Coast Recovery, LLC and
11 Yellowstone Women's First Step House, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NEWPORT COAST RECOVERY, LLC, etc., et al.**,<br><br>Plaintiff,<br><br>vs.<br><br>**CITY OF NEWPORT BEACH, a California municipal corporation,**<br><br>Defendant. | Case No. SACV 09-701-JVS (RNBx)<br><br>**APPLICATION FOR ISSUANCE OF AMENDED PRO HAC VICE ORDER** |

On July 31, 2009, having reviewed counsel's application, this Court granted the application of attorney Steven G. Polin to appear pro hac vice in this action on behalf of plaintiff Newport Coast Recovery, LLC. (Docs. 12, 13.)  Yellowstone Women's First Step House, Inc. has now joined this action as a party plaintiff. (Doc. 19.)  Accordingly, counsel requests that the Court issue an amended order granting attorney Steven G. Polin permission to appear pro hac vice in this action

1 | on behalf of Yellowstone Women's First Step House, Inc. as well as Newport
2 | Coast Recovery, with the undersigned continuing to serve as local counsel. A
3 | proposed amended order is lodged herewith.
4 |     Dated:  November 6, 2009.

Respectfully submitted,

LAW OFFICE OF STEVEN G. POLIN
BRANCART & BRANCART


/s/ Christopher Brancart
Christopher Brancart
Attorneys for Plaintiffs
cbrancart@brancart.com

# CERTIFICATE OF SERVICE

On November 6, 2009, I served a true and correct copy of the following document(s):

**APPLICATION FOR ISSUANCE OF AMENDED PRO HAC VICE ORDER; [PROPOSED] AMENDED ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

upon the following person(s):

Mr. Peter Pierce  
Richards, Watson & Gershon  
355 South Grand Avenue, 40th Floor  
Los Angeles, CA 90071  
Fax: (213) 626-0078

Steven G. Polin  
Law Offices of Steven G. Polin  
3034 Tennyson Street, NW  
Washington, D.C. 20015

|    |    |
|----|----|
|    | **BY HAND DELIVERY**: By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above. |
|    | **BY MAIL**: By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Loma Mar, California, addressed as set forth above. |
|    | **BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY)**: By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
|    | **BY FACSIMILE**: By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |
| xx | **BY ELECTRONIC MAIL:** By transmitting the above document(s) to the email address of the person designated above, or by electronically filing the documents on the Court's ECF system. |

Executed on November 6, 2009, Loma Mar, California.

/s/ Christopher Brancart