# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NEWPORT COAST RECOVERY, LLC, | CASE NUMBER |
|---|---|
| Plaintiff(s) | SACV09-0701 JVS (RNBx) |
| v. | |
| CITY OF NEWPORT BEACH, | AMENDED ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having previously granted the Application of  Steven G. Polin ,
*Applicant's Name*

of  Law Office of Steven G. Polin, 3034 Tennyson Street, NW, Washington DC 20015
*Firm Name / Address*

(202) 331-5858                              spolin2@earthlink.net
*Telephone Number*                           *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of    X  Plaintiff    ☐ Defendant

NEWPORT COAST RECOVERY, LLC

and the designation of  Christopher Brancart, CA Bar No. 128475
*Local Counsel Designee /State Bar Number*

of  Brancart & Brancart, P.O. Box 686 Pescadero, CA 94060
*Local Counsel Firm / Address*

(650) 879-0141                              cbrancart@brancart.com
*Telephone Number*                           *E-mail Address*

as local counsel, and the pending request by counsel for issuance of an amended order granting permission to appear and participate on behalf of newly added Plaintiff Yellowstone Women's First Step House, Inc., hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated _____            _____
                                         U. S. District Judge/U.S. Magistrate Judge