LAW OFFICES OF STEVEN G. POLIN
Steven G. Polin (DCBN 439234)
spolin2@earthlink.net
3034 Tennyson Street, NW
Washington, D.C. 20015
Tel:   (202) 331-5848
Fax:  (202) 537-2985

BRANCART & BRANCART
Christopher Brancart (CBN 128475)
cbrancart@brancart.com
Elizabeth Brancart (CBN 122092)
ebrancart@brancart.com
P.O. Box 686
Pescadero, CA  94060
Tel:   (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs
Newport Coast Recovery, LLC
and Yellowstone Women's
First Step House, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NEWPORT COAST RECOVERY LLC, a California Limited Liability Company; and YELLOWSTONE WOMEN'S FIRST STEP HOUSE, INC., a California nonprofit corporation,**<br><br>          Plaintiffs,<br><br>     vs.<br><br>**CITY OF NEWPORT BEACH, a California municipal corporation,**<br><br>          Defendant. | Case No. SACV 09-701-JVS (RNBx)<br><br>**PLAINTIFFS' NOTICE OF ERRATA RE CORRECTED TABLE OF AUTHORITIES RE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. 77]**<br><br>Hearing:<br>Date:  July 26, 2010<br>Time:  1:30 p.m.<br>Room:  Courtroom of the<br>            Hon. James V. Selna |

Attached is the corrected Table of Authorities for Doc. 77, Plaintiffs'

//

//

1 | Opposition to Defendant City of Newport Beach's Motion for Partial Summary
2 | Judgment.   Dated:  July 6, 2010.

Respectfully submitted,<br>
BRANCART & BRANCART<br><br>
/s/ Elizabeth Brancart<br>
Elizabeth Brancart<br>
ebrancart@brancart.com<br>
Attorneys for Plaintiffs

# TABLE OF AUTHORITIES

*Abbott Laboratories v. Gardner,* 387 U.S. 136 (1967). . . . . . . . . . . . . . . . . . . . . . . 13

*Bronk v. Ineichen*, 54 F.3d 425 (7th Cir. 1995). . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

*Bryant Woods Inn, Inc. v. Howard County,* 124 F.3d 597 (4th Cir. 1997). . . . 13, 21

*City of Edmonds v. Oxford House*, 514 U.S. 725 (1995). . . . . . . . . . . . . . . . . . . . 22

*Dadian v. Village of Wilmette*, 269 F.3d 831 (7th Cir. 2001). . . . . . . . . . . . . . . . 18

*DuBois v. Ass'n of Apt. Owners of 2987 Kalakaua*
    453 F.3d 1175 (9th Cir. 2006). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Giebeler v. M & B Associates*, 343 F.3d 1143 (9th Cir. 2003). . . . . . . . . . . . 17, 18

*Gladstone Realtors v. City of Bellwood*, 441 U.S. 91 (1979). . . . . . . . . . . . . . . . 14

*Groome Resources Ltd, LLC v. Parish of Jefferson*
    234 F.3d 192 (5th Cir. 2000). . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 14, 20

*McGary v. City of Portland*, 386 F.3d 1259 (9th Cir. 2004). . . . . . . . . . . . . . . 6, 17

*Montana Chapter of Assoc. Of Civilian Technicians v. Young*
    514 F.2d 1165 (9th Cir. 1975). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Nevada Fair Housing Center , Inc. v. Clark County*
    565 F. Supp. 2d 1178 (2008). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Oconomowoc Res. Prog., Inc. v. City of Greenfield*
    300 F.3d 557 (7th Cir. 2002). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*Oconomowoc Res. Prog., Inc. v. City of Greenfield*
    23 F. Supp. 2d 941 (E.D. Wis. 1998). . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

*Oxford House, Inc. v. Town of Babylon*
    819 F. Supp. 1179 (E.D.N.Y. 1993). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

*Oxford House v. Township of Cherry Hill*
    799 F. Supp. 450 (D.N.J. 1992). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

*Oxford House, Inc. v. City of Virginia Beach*
    825 F. Supp. 1251, 1258 (E.D. Va. 1993). . . . . . . . . . . . . . . . . . . . . . . . . 14

*Stewart B. McKinney Foundation, Inc. v. Town Plan and Zoning Comm'n*
    790 F. Supp. 2d 1197 (D. Conn. 1992)................................ 14
*Tsombanidis v. West Haven Fire Dep't*, 352 F.3d 565 (2d Cir. 2003)....... 13, 14
*Tsombanidis v. City of W. Haven*, 180 F. Supp. 2d 262 (D. Conn. 2001)....... 24
*U.S. Airways v. Barnett*, 535 U.S. 391 (2002)............................ 17
*United States. v. Village of Palatine*, 37 F. 3d 1230 (7th Cir. 1994) ........... 14
*Village of Arlington Heights v. Metropolitan Housing Development Corp.*
    429 U.S. 252 (1977)............................................ 12
*Walker v. City of Lakewood*, 272 F.3d 1114 (9th Cir. 2001).................... 6

**Statutes**

42 U.S.C. 290dd-2.................................................. 25
42 U.S.C. § 12132................................................... 4
Fair Housing Act
    42 U.S.C. §3602(i)............................................. 5
    42 U.S.C. § 3604(f)
    42 U.S.C. §3613(a)(1)(A)....................................... 5
    42 U.S.C. § 3617.............................................. 4
28 C.F.R. § 35.130(b)(7)............................................ 17
California Fair Employment and Housing Act
    Cal. Government Code § 12927(c)(1) ............................ 17
    Cal. Government Code § 12955................................. 17
NBMC Chapter 20.62.......................................... *passim*
NBMC Chapter 20.91A......................................... *passim*
NBMC Chapter 20.9827........................................ *passim*

**Other Authorities**

Letter from California Attorney General dated May 15, 2001.................. 24
Joint Statement of HUD and DOJ re Reasonable
Accommodations under the Fair Housing Act dated May 17, 2004 ............ 24

**CERTIFICATE OF SERVICE**

On July 9, 2010, I served a true and correct copy of the following documents entitled:

**PLAINTIFFS' NOTICE OF ERRATA RE CORRECTED TABLE OF AUTHORITIES RE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. 77]**

Mr. Peter Pierce
Richards, Watson & Gershon
355 South Grand Avenue, 40th Floor
Los Angeles, CA 90071
Fax: (213) 626-0078

Steven G. Polin
Law Offices of Steven G. Polin
3034 Tennyson Street, NW
Washington, D.C. 20015

Ms. Leonie Mulvihill
Mr. Kyle E. Rowen
City of Newport Beach
3300 Newport Boulevard
Newport Beach, CA 92663
Fax: (949) 644-3139

By transmitting the above document(s) to the email address of the person designated above, or by electronically filing the documents on the Court's ECF system.

Executed on July 9, 2010, Loma Mar, California.

/s/ELizabeth Brancart