JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWPORT COAST RECOVERY, LLC, a California Limited Liability Company; and YELLOWSTONE WOMEN'S FIRST STEP HOUSE, INC., a California nonprofit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NEWPORT BEACH, a California municipal corporation,<br><br>Defendant. | Case No. SACV 09-701-JVS (RNBx)<br><br>JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment is entered in favor of defendant City of Newport Beach against plaintiffs Newport Coast Recovery, LLC and Yellowstone Women's First Step House, Inc. Each side shall bear its own costs.

IT IS SO ORDERED.

Dated: March 14, 2011

_____
Hon. James V. Selna
United States District Judge